Prob 12
(Rev 3 88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Annissia Lynn Lahr                                             Docket No. 00-00087-002

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Annissia Lynn Lahr, who was placed on supervision by the Honorable Donald Ziegler sitting in the Court at Pittsburgh, Pennsylvania, on the 12th day of January 2001, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay restitution in the amount of $152,795 (jointly and severally), in monthly installments of not less than 10 percent of gross monthly income.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- Shall participate in a program of mental health counseling as directed.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse.

01-12-01:   Conspiracy to Commit Bank Robbery and Aiding and Abetting Bank Robbery; 40 months' imprisonment with 3 years' supervised release.

12-31-03:   Released to supervision in the Middle District of Pennsylvania; Currently supervised by U.S. Probation Officer Cynthia Kozel.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that, to date, the defendant has paid $4,332 toward restitution, leaving her current balance at $148,463. The Probation Office respectfully recommends that this case be allowed to close at expiration effective December 30, 2006, with restitution owing.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00087-002 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       November 16, 2006

ORDER OF COURT

Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

_____
Wendy Brown
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA